**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Rafael Antonio Rodriguez Prieto

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00604-JMG-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.
2. The government shall immediately return the petitioner to the District of Minnesota.
3. After returning the petitioner to Minnesota, the government shall immediately release him from custody.
4. No later than January 30, 2026, the government shall file
5. a status report certifying compliance with this Order.

Date: January 28, 2026

KATE M. FOGARTY, CLERK